OPINION — AG — ** LAW ENFORCEMENT RETIREMENT SYSTEM — RIGHTS — MEMBERSHIP ** UNDER THE STATUTORY PROVISIONS GOVERNING THE OKLAHOMA LAW ENFORCEMENT RETIREMENT, 47 O.S. 2-300 [47-2-300] ET SEQ., WHEN AN AGENCY WHOSE OFFICERS ARE COVERED UNDER THESE PROVISIONS HIRES AN INDIVIDUAL WHO IS A RETIREE FROM ANOTHER RETIREMENT SYSTEM SPONSORED BY SOME AGENCY OF THE STATE, THAT PERSON `MUST' BECOME A MEMBER OF THE SYSTEM. (PARTICIPATION, ANOTHER PROGRAM, OTHER RETIREMENT SYSTEM PENSIONS, MEMBERSHIP) CITE: 47 O.S. 2-300 [47-2-300], 47 O.S. 2-300 [47-2-300](5), 47 O.S. 2-301 [47-2-301], 47 O.S. 2-302 [47-2-302], 47 O.S. 2-303 [47-2-303], 74 O.S. 902 [74-902](15) (MICHAEL SCOTT FERN)